IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ARCELIE PACOLOR RIVERA ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> GMAC MORTGAGE, U.S. BANK, ) <br> N.A., LORRIE WOMACK, MERS, ) <br> (MERS) MORTGAGE ) <br> ELECTRONIC SYSTEMS, INC., ) <br> 1-20 INCLUSIVE, ) <br> ) <br> Defendants. ) <br> _____ ) | CIVIL 10-00678-DAE-RLP |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on March 21, 2012, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "FINDINGS AND RECOMMENDATION TO DISMISS THIS ACTION WITHOUT

PREJUDICE," docket entry no 56, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, April 13, 2012.



_____
David Alan Ezra
United States District Judge

Arcelie Pacolor Rivera vs. GMAC Mortgage, et al., Civil No. 10-00678 DAE-RLP; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION